IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

In Re:

DESTINY ENTERPRISES, LLC,

Debtor.

In Chapter 11 Proceedings

No. 2-07-bk-00542

**ORDER INCORPORATING MEMORANDUM DECISION**

Based upon this Court's Memorandum Decision dated July 14, 2008, which is incorporated herein by reference:

It is Ordered that the settlement agreement, as modified, between Destiny Enterprises, LLC and Elmer Parsons is approved.

It is further Ordered that the objections of Don Nace and Arizona Machinery Company, to the extent the latter party still asserts any, are overruled.

DATED this 18th day of July, 2008.

*[signature]*

Honorable Sarah Sharer Curley
United States Bankruptcy Judge

BNC to notice.